Per Curiam.
 

 *861
 
 [¶1] T.V. and C.C., the mother and father of R.C., appeal from a juvenile court order terminating their parental rights. The juvenile court found the child was deprived, the conditions and causes of the deprivation were likely to continue, and the child was suffering or would probably suffer serious harm in the future. On appeal, T.V. and C.C. argue there was not clear and convincing evidence to support a termination of their parental rights. The juvenile court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).
 

 [¶2] Gerald W. VandeWalle, C.J.
 

 Jon J. Jensen
 

 Lisa Fair McEvers
 

 Daniel J. Crothers
 

 Jerod E. Tufte